**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:     *In the Interest of H.H. and C.H., Children*

Appellate case number:   01-19-00791-CV

Trial court case number: CIV-10-0187

Trial court:             County Court at Law No. 2 of Parker County

Alex R. Hernandez, Jr., and Eric R. Little of The Law Offices of Alex R. Hernandez, Jr. PLLC have filed an unopposed motion for leave to withdraw as counsel for appellant, Shaun Hale. *See* TEX. R. APP. P. 6.5(a), (b). The motion is **granted**.

Alex R. Hernandez, Jr., and Eric R. Little are directed to immediately notify appellant "of any deadlines or settings that [they know] about at the time of the withdrawal but that were not previously disclosed to [appellant]" and file a copy of the notice provided to appellant with the Clerk of this Court. *See id.* 6.5(c).

The Clerk of this Court is directed to note withdrawal of Alex R. Hernandez, Jr., and Eric R. Little of The Law Offices of Alex R. Hernandez, Jr. PLLC as counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court

Date:  December 29, 2020